Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/29/2013 | 14-03043-14-03452 | 000001-000002 | Memo to File: Tips & Complaints Received in Connection with ERT | Tips and Complaints Received in connection with review of Empire State Realty Trust, Inc. | Tom Kluck; Angela McHale | (b)(6); (b)(5) | Redacted in part: Employee names; thre sentences reflecting predecisional deliberations about how to handle complaints |
| 2 | 1/23/2013 | 14-03043-14-03452 | 000003-000010 | Call and Meeting Log Beginning Jan. 23, 2013 | Call and Meeting Log | none | (b)(6) | Redacted in part: complainant names, phone numbers, employment information |
| 3 | 3/1/2012 | 14-03043-14-03452 | 000011-000022 | Log-Empire State Realty Trust | Log | none | (b)6) | Redacted in part: complainant names, phone numbers, employment information, investment information |
| 4 | 3/1/2012 | 14-03043-14-03452 | 000023-000026 | Log-Empire State Realty Trust | Log | none | (b)(6) | Redacted in part: complainant names, phone numbers, employment information |
| 5 | 4/19/2012 | 14-03043-14-03452 | 000028-000066 | Table of Tips & Complaints Received in Connection with ESRT | Complaints | none | (b)(6); (b)(5) | Redacted in part: complainant names, phone numbers, employment information; column with CF staff notes that reflect predecisional deliberations about how to handle complaints |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 6 | unknown | 14-03043-14-03452 | 000068-000069 | draft comments to registrant | ESRT S-4 and S-11 | Division of Corporate Finance (CF) staff | (b)(5) | Withheld in full: recommendations as to what should be included in comments to ESRT |
| 7 | unknown | 14-03043-14-03452 | 71 | typewritten rules | ESRT IPO | CF staff | (b)(5) | Withheld in full: notes consisting of questions and predecisional deliberations about issues raised by ESRT's filing |
| 8 | 10/18/2012 | 14-03043-14-03452 | 72 | Memorandum | Talking points regarding investor complaints | CF staff | (b)(5) | withheld in full: recommendations about points to make in calls with investors |
| 9 | 11/6/2012 | 14-03043-14-03452 | 000074-000075 | Email | Empire State Building | CF staff | (b)6) | Redacted in part: Employee names |
| 10 | 10/11/2012 | 14-03043-14-03452 | 000076-000078 | Email w/attachment | Empire State Building | CF staff | (b)(6) | Redacted in part: Employee names |
| 11 | 10/5/2012 | 14-03043-14-03452 | 79 | Email | Empire State Building | withheld | (b)(6) | Redacted in part: Employee names |
| 12 | 10/3/2012 | 14-03043-14-03452 | 80 | Email | Empire State Building | withheld | (b)(6) | Redacted in part: Employee names |
| 13 | 9/27/2012 | 14-03043-14-03452 | 000081-000083 | Email w/attachment | Empire State Building | withheld | (b)(6) | Redacted in part: Employee names and complainant names |
| 14 | 9/16/2012 | 14-03043-14-03452 | 000084-000088 | Email w/attachment | Empire State Building | withheld | (b)(6) | Redacted in part: Employee names and complainant names |
| 15 | 9/13/2012 | 14-03043-14-03452 | 89 | Email | Empire State Building | withheld | (b)(6) | Redacted in part: Employee names |
| 16 | 9/12/2012 | 14-03043-14-03452 | 000090-000091 | Email w/attachment | Empire State Building | withheld | (b)(6) | Redacted in part: Employee names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 17 | 9/11/2012 | 14-03043-14-03452 | 000092-000095 | Email w/attachment | Empire State Building | withheld | (b)(6) | Redacted in part: Employee names |
| 18 | 9/11/2012 | 14-03043-14-03452 | 000096-000099 | Email w/attachment | Empire State Building | complainant | (b)(6) | Redacted in part: Employee names and complainant names |
| 19 | 9/9/2012 | 14-03043-14-03452 | 100 | Email | empire State Building | complainant | (b)(6) | Redacted in part: Employee names and complainant names |
| 20 | 9/8/2012 | 14-03043-14-03452 | 000101-000108 | Email w/ attachment | Empire State Building | complainant | (b)(6) | Redacted in part: Employee names and complainant names |
| 21 | 9/8/2012 | 14-03043-14-03452 | 000109-000110 | Email w/attachment | Empire State Building | complainant | (b)(6) | Redacted in part: Employee names and complainant names |
| 22 | 9/8/2012 | 14-03043-14-03452 | 000111-000112 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: complainant names |
| 23 | 9/6/2012 | 14-03043-14-03452 | 000113-000121 | Email w/attachment | Empire State Building 1991 Solicitation | complainant | (b)(6) | Redacted in part: Employee names and complainant names |
| 24 | 9/6/2012 | 14-03043-14-03452 | 000122-000132 | email w/attachment | Empire State Building | complainant | (b)(6) | Redacted in part: complainant names |
| 25 | 9/6/2012 | 14-03043-14-03452 | 000133-000134 | email w/attachment | Empire State Building | complainant | (b)6) | Redacted in part: complainant names |
| 26 | 9/4/2012 | 14-03043-14-03452 | 135 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: complainant names |
| 27 | 9/4/2012 | 14-03043-14-03452 | 000136-000142 | Email w/attachment | Empire State Building | complainant | (b)6) | Redacted in part: complainant names |
| 28 | 9/4/2012 | 14-03043-14-03452 | 143 | Email | Empire State Building | complainant | (b)(6) | Redacted in Part: complainant names |
| 29 | 9/4/2012 | 14-03043-14-03452 | 000144-000145 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: complainant names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 30 | 8/30/2012 | 14-03043-14-03452 | 000146-000147 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: complainant names and employee names |
| 31 | 8/13/2012 | 14-03043-14-03452 | 148 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: complainant names |
| 32 | 7/19/2012 | 14-03043-14-03452 | 000149-000161 | Email w/attachment | Empire State Building REIT | complainant | (b)(6) | redacted in part: Employee and complainant names and addresses |
| 33 | 7/2/2012 | 14-03043-14-03452 | 000162-000173 | Email w/attachment | Empire State Building | complainant | (b)(6) | Redacted in part: complainant names and addresses |
| 34 | 7/2/2012 | 14-03043-14-03452 | 000174-000205 | Email w/attachment | Empire State Building | complainant | (b)(6) | Redacted in part: complainant names and addresses |
| 35 | 6/6/2012 | 14-03043-14-03452 | 000206 - 000222 | Email w/ attachment | Empire State Realty Trust, Inc. | complainant | (b)6) | Redacted in part: complainant names and addresses |
| 36 | 5/16/2012 | 14-03043-14-03452 | 000223 - 000227 | Email w/attachment | Empire State Realty Trust Registration Statement | complainant | (b)(6) | Redacted in part: complainant names and addresses |
| 37 | 4/30/2012 | 14-03043-14-03452 | 228 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: employee and complainant names |
| 38 | 4/21/2012 | 14-03043-14-03452 | 000229 - 000230 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: employee and complainant names |
| 39 | | 14-03043-14-03452 | 000231 - 000235 | Email w/attachment | Empire State Building | complainant | (b)(6) | Redacted in part: employee and complainant names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No | ates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 40 | 4/20/2012 | 14-03043-14-03452 | 236 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: employee and complainant names |
| 41 | 4/20/2012 | 14-03043-14-03452 | 237 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: employee and complainant names |
| 42 | 4/19/2012 | 14-03043-14-03452 | 000238 - 000268 | Email w/attachment | Empire State Building | Kluck, Thomas | (b)(6) | Redacted in part: Employee names |
| 43 | 4/16/2012 | 14-03043-14-03452 | 000269 - 000270 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: complainant  names |
| 44 | 4/16/2012 | 14-03043-14-03452 | 271 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: complainant  names |
| 45 | 4/9/2012 | 14-03043-14-03452 | 272 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: complainant  names |
| 46 | 3/27/2012 | 14-03043-14-03452 | 000273 - 000300 | Email w/attachment | Empire State Building | complainant | (b)(6) | Redacted in part: complainant  names |
| 47 | 11/2/2012 | 14-03043-14-03452 | 000301 - 000304 | Email w/attachment | Empire State Building Associates | Kluck, Thomas | (b)(6); (b)(5) | Redacted in part: employee and complainant  names; comments on issues being considered in connection with the filing review that reflect predecisional deliberations about ESRT's filing |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No | ates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 48 | 11/2/2012 | 14-03043-14-03452 | 000305 - 000309 | Email w/attachment | Empire State Building Associates | Thomas Kluck | (b)(6); (b)(5) | Redacted in part: employee and complainant names; comments on issues being considered in connection with the filing review that reflect predecisional deliberations about ESRT's filing |
| 49 | 10/16/2012 | 14-03043-14-03452 | 000310 - 000313 | Email w/attachment | Empire State Letter | complainant | (b)(6) | Redacted in part: complainant names and contact information |
| 50 | 10/18/2012 | 14-03043-14-03452 | 000314 - 000317 | Email w/attachment | Empire State Building Associates | complainant | (b)(6) | Redacted in part: complainant names and contact information |
| 51 | 10/18/2012 | 14-03043-14-03452 | 000318 - 000321 | Email w/attachment | Letter from attorney for Malkin Re: Empire State Bldg. Associates | Kluck, Thomas | (b)(6) | Redacted in part: Employee names and complainant names, addresses |
| 52 | 1/10/2013 | 14-03043-14-03452 | 322 | Email | Malkin proposed REIT-ESBA | Kluck, Thomas | (b)(6) | Redacted in part: complainant names, phone numbers |
| 53 | 1/9/2013 | 14-03043-14-03452 | 000323 - 000328 | Email w/attachment | Malkin proposed REIT-ESBA | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 54 | 10/26/2012 | 14-03043-14-03452 | 000329 - 000330 | Email string | Empire State Building Association LLC | Kluck, Thomas | (b)(6) | Redacted in part: complainant names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 55 | 10/19/2012 | 14-03043-14-03452 | 000331 - 000334 | Email w/attachment | Empire State Building Association LLC | complainant | (b)6) | Redacted in part: complainant names and addresses, phone numbers |
| 56 | 9/18/2012 | 14-03043-14-03452 | 000335 - 000336 | Email w/attachment | Proposed Empire State Building REIT | Kluck, Thomas | (b)(6) | Redacted in part: employee and complainant names, addresses, phone numbers |
| 57 | 4/26/2012 | 14-03043-14-03452 | 000337 - 000340 | Email w/attachment | ESBA check | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 58 | 4/25/2012 | 14-03043-14-03452 | 000341 - 000343 | Email w/attachment | ESBA sublease agreement | complainant | (b)(6) | Redacted in part: complainant names |
| 59 | 4/25/2012 | 14-03043-14-03452 | 000344 - 000347 | Email w/attachment | Malkin letter | complainant | (b)(6) | Redacted in part: complainant names |
| 60 | 4/25/2012 | 14-03043-14-03452 | 000348 - 000349 | Email w/attachment | ESBA check | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 61 | 8/17/2012 | 14-03043-14-03452 | 000350 - 000351 | Email w/attachment | Complaint against Malkin Holdings LLC; non-compliance rule 14a-7 | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 62 | 8/30/2012 | 14-03043-14-03452 | 000352 - 000355 | Email w/attachment | Empire State Realty Trust Inc. Registration #333-179486 | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No | ates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 63 | 10/16/2012 | 14-03043-14-03452 | 000356 - 000358 | Email w/attachment | Empire State Building REIT letter from Malkin lawyer letter number 2 | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 64 | 10/9/2012 | 14-03043-14-03452 | 000359 - 000360 | Email w/attachment | Empire State Building REIT letter from Malkin Attorney | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 65 | 7/11/2012 | 14-03043-14-03452 | 000361 - 000362 | Email | Empire State Building REIT additional tip | Kluck, Thomas | (b)(6) | Redacted in part:complainant names, addresses, phone numbers, names |
| 66 | 4/9/2012 | 14-03043-14-03452 | 000363 - 000364 | Email | Public comment | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 67 | 7/6/2012 | 14-03043-14-03452 | 365 | Letter | | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 68 | 4/15/2013 | 14-03043-14-03452 | 000366 - 000402 | Email w/attachment | Non Public Information Available to Some Participants | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 69 | 4/16/2013 | 14-03043-14-03452 | 000403 - 000408 | Email string | ESBA participants' audit of the REIT vote | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 70 | 4/16/2013 | 14-03043-14-03452 | 409 | Email | ESRT audit of the vote | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 71 | 4/16/2013 | 14-03043-14-03452 | 000410 - 000411 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 72 | 4/19/2013 | 14-03043-14-03452 | 000412 - 000413 | Letter | Empire State Realty Trust, Inc. Tax Deferral Treatment for Investors | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 73 | 4/19/2013 | 14-03043-14-03452 | 000414 - 000416 | Email string | Empire State Realty Trust, Inc. | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 74 | 4/19/2013 | 14-03043-14-03452 | 000418 - 000420 | Email string | Empire State Realty, Inc. | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 75 | 4/23/2013 | 14-03043-14-03452 | 000421 - 000422 | Email string | Follow up | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 76 | 4/23/2013 | 14-03043-14-03452 | 423 | Email | Empire State Building Assoc. | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 77 | 4/24/2013 | 14-03043-14-03452 | 000424 - 000425 | Email | Empire State Realty Trust S-4 Risk Factor Discussion | Kluck, Thomas | (b)(6) | Redacted in part: Employee names |
| 78 | 4/26/2013 | 14-03043-14-03452 | 000426 - 000427 | Email | Tax Treatment | complainant | (b)(6) | Redacted in part: complainant names and addresses, phone numbers |
| 79 | 4/29/2013 | 14-03043-14-03452 | 000428 - 000434 | Email string | ESBA participants' audit of the REIT vote | Keltner, Tom | (b)(6) | redacted in part: complainant names |
| 80 | 3/1/2013 | 14-03043-14-03452 | 000435 - 000495 | Email w/attachments | Empire State Realty Trust, Inc. | Stocks, Remy | (b)(6) | redacted in part: complainant names |
| 81 | 2/24/2013 | 14-03043-14-03452 | 000496 - 000497 | Email string | Voting Process a Mystery to Everyone, Including Malkin | complainant | (b)(6) | redacted in part: complainant and Employee names |
| 82 | 2/20/2013 | 14-03043-14-03452 | 000498 - 000556 | Email w/attachments | ESBA Preliminary Injunction Motion | Kluck, Thomas | (b)(6) | redacted in part: Employee names |
| 83 | 2/13/2013 | 14-03043-14-03452 | 557 | Email | Mr. Malkin Says What? | complainant | (b)(6) | redacted in part: complainant names |
| 84 | 2/13/2013 | 14-03043-14-03452 | 558 | Email | Empire State Building | Kluck, Thomas | (b)(6) | redacted in part: complainant names and employee names |
| 85 | 2/12/2013 | 14-03043-14-03452 | 559 | Email | Empire State Building | complainant | (b)(6) | redacted in part: complainant names |
| 86 | 2/13/2013 | 14-03043-14-03452 | 000560 - 000564 | Email w/attachment | Empire State Building | Kluck, Thomas | (b)(6) | redacted in part: Employee names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No | ates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 87 | 2/10/2013 | 14-03043-14-03452 | 000565 - 000566 | Email | Empire State Realty Trust, Inc. Solicitation new "buy-out" disclosure | Kluck, Thomas | (b)(6) | redacted in part: complainant names and employee names |
| 88 | 2/6/2013 | 14-03043-14-03452 | 000567 - 000569 | Email w/attachment | Recent Malkin Communications | complainant | (b)(6) | redacted in part: complainant names and employee names |
| 89 | 2/5/2013 | 14-03043-14-03452 | 000570 - 000572 | Email string | A Question For You | complainant | (b)(6) | redacted in part: complainant names and employee names |
| 90 | 1/31/2013 | 14-03043-14-03452 | 000573 - 000574 | Email | Empire State Realty Trust, Inc. | complainant | (b)(6) | redacted in part: complainant names and employee names |
| 91 | 3/15/2013 | 14-03043-14-03452 | 000764 - 000767 | Letter | 60 East 42nd Street Associates ("Associates") | complainant | (b)(6) | redacted in part: complainant names and employee names |
| 92 | 3/16/2013 | 14-03043-14-03452 | 000768 - 000799 | Email w/attachment | ESBA NY Supreme Court 3/15/13 Forced Buyout filings | Kluck, Thomas | (b)(6) | Redacted in part: Employee names |
| 93 | 3/16/2013 | 14-03043-14-03452 | 800 | Email | SEC | complainant | (b)(6) | Redacted in part: complainant names |
| 94 | 3/19/2013 | 14-03043-14-03452 | 801 | Email | Malkin counting failure to vote as yes | Edelman, Steve | (b)(6) | Redacted in part: complainant names |
| 95 | 3/19/2013 | 14-03043-14-03452 | 802 | Email | Malkin counting failure to vote as yes | complainant | (b)(6) | Redacted in part: complainant names |
| 96 | 3/19/2013 | 14-03043-14-03452 | 803 | Email | Malkin counting failure to vote as yes | complainant | (b)(6) | Redacted in part: complainant names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No | ates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 97 | 3/21/2013 | 14-03043-14-03452 | 000804 - 000807 | Email w/attachment | Malkin Letters of 3-14-13 | complainant | (b)(6) | Redacted in part: complainant names, addresses, phone numbers |
| 98 | 3/19/2013 | 14-03043-14-03452 | 000808 - 000812 | Letter | Empire State Realty Trust Overrides | complainant | (b)(6) | Redacted in part: complainant names |
| 99 | 3/19/2013 | 14-03043-14-03452 | 000813 - 000814 | Email string | Empire State Realty Trust Overrides | complainant | (b)(6) | Redacted in part: complainant names |
| 100 | 3/21/2013 | 14-03043-14-03452 | 815 | Email | ESB | complainant | (b)(6) | Redacted in part: complainant names, addresses, phone numbers |
| 101 | 3/27/2013 | 14-03043-14-03452 | 000816 - 000819 | Email w/attachment | Empire Realty Trust, Inc., SIC 6798 File Number 333-179485 | complainant | (b)(6) | Redacted in part: complainant names |
| 102 | 3/29/2013 | 14-03043-14-03452 | 000820 - 000822 | Letter | Empire State Realty Trust Overrides | complainant | (b)(6) | Redacted in part: complainant names |
| 103 | 3/30/2013 | 14-03043-14-03452 | 823 | Letter | 60 East 42nd Street Associates ("Associates") | complainant | (b)(6) | Redacted in part: complainant names |
| 104 | 3/30/2013 | 14-03043-14-03452 | 000824 - 000827 | Letter | 60 East 42nd Street Associates ("Associates") | complainant | (b)(6) | Redacted in part: complainant names |
| 105 | 4/1/2013 | 14-03043-14-03452 | 000828 - 000830 | Email w/attachment | Interesting | complainant | (b)(6) | Redacted in part: complainant names |
| 106 | 4/3/2013 | 14-03043-14-03452 | 000831 - 000834 | Email string | ESBA participants' audit of the REIT vote | complainant | (b)(6) | Redacted in part: complainant names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 107 | 4/3/2013 | 14-03043-14-03452 | 000835 - 000846 | Email w/attachment | Huh? | complainant | (b)(6) | Redacted in part: complainant names |
| 108 | 4/3/2013 | 14-03043-14-03452 | 000847 - 000849 | Email w/attachment | Letter | complainant | (b)(6) | Redacted in part: complainant names |
| 109 | 4/4/2013 | 14-03043-14-03452 | 000850 - 000851 | Email string | Huh? | complainant | (b)(6) | Redacted in part: complainant names |
| 110 | 4/4/2013 | 14-03043-14-03452 | 000852 - 000853 | Email string | Huh? | complainant | (b)(6) | Redacted in part: complainant names |
| 111 | 4/4/2013 | 14-03043-14-03452 | 000854 - 000856 | Email w/attachment | Letter | Keltner, Tom | (b)(6) | Redacted in part: complainant names |
| 112 | 4/8/2013 | 14-03043-14-03452 | 000857 - 000858 | Email string | Letter | Keltner, Tom | (b)(6) | Redacted in part: complainant names |
| 113 | 4/9/2013 | 14-03043-14-03452 | 000859 - 000866 | Email string w/attachments | ESBA participants' audit of the REIT vote | Keltner, Tom | (b)(6) | Redacted in part: complainant names |
| 114 | 4/11/2013 | 14-03043-14-03452 | 000867 - 000869 | Email w/attachment | ESBA | Kluck, Thomas | (b)(6) | Redacted in part: employee and complainant names, addresses, phone numbers |
| 115 | 4/12/2013 | 14-03043-14-03452 | 870 | Email | Empire State Building Associates | Kluck, Thomas | (b)(6) | Redacted in part: complainant names |
| 116 | 4/14/2013 | 14-03043-14-03452 | 871 | Email | Empire State Building IPO | complainant | (b)(6) | Redacted in part: complainant names |
| 117 | 6/19/2013 | 14-03043-14-03452 | 872 | Letter | Malkin proposed REIT-ESBA | complainant | (b)(6) | Redacted in part: complainant names, addresses, phone numbers |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 118 | 6/17/2013 | 14-03043-14-03452 | 000873 - 000874 | Email | SEC email contact | Kluck, Thomas | (b)(6) | Redacted in part: complainant names, addresses, phone numbers |
| 119 | 6/13/2013 | 14-03043-14-03452 | 875 | Email | Empire State Building | complainant | (b)(6) | Redacted in part: complainant names, addresses, phone numbers |
| 120 | 6/13/2013 | 14-03043-14-03452 | 876 | Email | Malkin | complainant | (b)(6) | Redacted in part: complainant names |
| 121 | 6/11/2013 | 14-03043-14-03452 | 000877 - 000878 | Email | Thursday | complainant | (b)(6) | Redacted in part: complainant names |
| 122 | 6/11/2013 | 14-03043-14-03452 | 000879 | Email | Auditing the Vote | complainant | (b)(6) | Redacted in part: complainant names |
| 123 | 6/10/2013 | 14-03043-14-03452 | 880 | Email | Thursday | complainant | (b)(6) | Redacted in part: complainant names |
| 124 | 6/10/2013 | 14-03043-14-03452 | 881 | Email w/attachment | Auditing the Vote | complainant | (b)(6) | Redacted in part: complainant names |
| 125 | 6/8/2013 | 14-03043-14-03452 | 000882 - 000883 | Email | Empire State Realty Trust, Inc. - Malkin voting power and control | complainant | (b)(6) | Redacted in part: complainant names |
| 126 | 6/4/2013 | 14-03043-14-03452 | 884 | Email | additonal mail received today Tuesday June 4, 2013 | complainant | (b)(6) | Redacted in part: complainant names |
| 127 | 6/4/2013 | 14-03043-14-03452 | 000885 - 000887 | Email | Letter I received today from Malkin Holdings | complainant | (b)(6) | Redacted in part: complainant names |
| 128 | 6/3/2013 | 14-03043-14-03452 | 888 | Email | Malkin's Latest Letter | complainant | (b)(6) | Redacted in part: complainant names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 129 | 5/24/2013 | 14-03043-14-03452 | 000889 - 000893 | Letter | Proposed Empire State Building REIT | complainant | (b)(6) | Redacted in part: complainant names, addresses, phone numbers |
| 130 | 5/29/2013 | 14-03043-14-03452 | 894 | Email | Right to Sue | complainant | (b)(6) | Redacted in part: complainant names |
| 131 | 5/21/2013 | 14-03043-14-03452 | 000895-000898 | Email | Reason for vote change to Yes | complainant | (b)(6) | Redacted in part: complainant names, addresses, phone numbers |
| 132 | 5/21/2013 | 14-03043-14-03452 | 000899-000900 | Email | Please call/email my uncle | complainant | (b)(6) | Redacted in part: complainant names, addresses, phone numbers |
| 133 | 5/21/2013 | 14-03043-14-03452 | 000901 - 000904 | Email | Question | complainant | (b)(6) | Redacted in part: complainant names |
| 134 | 5/20/2013 | 14-03043-14-03452 | 000905 - 000908 | Email | ESBA Vote Urgent | complainant | (b)(6) | Redacted in part: complainant names |
| 135 | 5/20/2013 | 14-03043-14-03452 | 909 | Email | Empire State Building Realty Trust Solicitation | griggsandadler | (b)(6) | Redacted in part: complainant names |
| 136 | 5/20/2013 | 14-03043-14-03452 | 000910 - 000911 | Email | Empire State Realty Trust, Inc. - Consent solicitations | complainant | (b)(6) | Redacted in part: complainant names, investment information |
| 137 | 5/20/2013 | 14-03043-14-03452 | 000912 - 000914 | Email | ESBA Vote Urgent | complainant | (b)(6) | Redacted in part: complainant names |
| 138 | 5/16/2013 | 14-03043-14-03452 | 915 | Email | Empire State Building | griggsandadler | n/a | granted in full |
| 139 | 5/16/2013 | 14-03043-14-03452 | 000916 - 000918 | Email | Truth or Lies | Kluck, Thomas | (b)(6) | Redacted in part: employee and complainant names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 140 | 5/15/2013 | 14-03043-14-03452 | 000919 - 000921 | Email | Empire State Realty Trust: S-4 Disclosure of Settlement Opt-Out | complainant | (b)(6) | Redacted in part: complainant names |
| 141 | 5/15/2013 | 14-03043-14-03452 | 000922 - 000923 | Email | Empire State Realty Trust: S-4 Disclosure of Settlement Opt-Out | complainant | (b)(6) | Redacted in part: complainant names |
| 142 | 5/15/2013 | 14-03043-14-03452 | 924 | Email | Update | complainant | (b)(6) | Redacted in part: complainant names |
| 143 | 5/15/2013 | 14-03043-14-03452 | 000925 - 000926 | Email | Empire Realty Trust, Inc., SIC 6798 File Number 333-179485 | complainant | (b)(6) | Redacted in part: complainant names, addresses, phone numbers |
| 144 | 5/15/2013 | 14-03043-14-03452 | 927 | Email | Vote Counts | complainant | (b)(6) | Redacted in part: complainant names |
| 145 | 5/13/2013 | 14-03043-14-03452 | 000928 - 000938 | Email w/attachment | Grace Period | complainant | (b)(6) | Redacted in part: complainant names |
| 146 | 5/13/2013 | 14-03043-14-03452 | 000939 - 000941 | Email string | Question | complainant | (b)(6) | Redacted in part: complainant names |
| 147 | 5/10/2013 | 14-03043-14-03452 | 942 | Email | Participant Leaving Town | complainant | (b)(6) | Redacted in part: complainant names |
| 148 | 5/10/2013 | 14-03043-14-03452 | 943 | Email | Buy Out Clock Running | complainant | (b)(6) | Redacted in part: complainant names |
| 149 | 5/9/2013 | 14-03043-14-03452 | 000944 - 000945 | Email | A Question | complainant | (b)(6) | Redacted in part: complainant names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 450 | 5/9/2013 | 14-03043-14-03452 | 000946 - 000947 | Email | Empire State Building Realty Trust Open-ended Solicitation | griggsandadler | (b)(6) | Redacted in part: complainant names nad employee names |
| 151 | 5/9/2013 | 14-03043-14-03452 | 948 | Email | Empire State Realty Trust, Inc. - Solicitation period | complainant | (b)(6) | Redacted in part: complainant names |
| 152 | 5/7/2013 | 14-03043-14-03452 | 000949 - 000950 | Email | | McHale, Angela | (b)(6) | Redacted in part: complainant names |
| 153 | 5/9/2013 | 14-03043-14-03452 | 000951 - 000952 | Email | Right to Sue | complainant | (b)(6) | Redacted in part: complainant names |
| 154 | 5/8/2013 | 14-03043-14-03452 | 000953 - 000954 | Email string | Question | complainant | (b)(6) | Redacted in part: complainant names |
| 155 | 5/8/2013 | 14-03043-14-03452 | 955 | Email | A Question | complainant | (b)(6) | Redacted in part: complainant names |
| 156 | 5/7/2013 | 14-03043-14-03452 | 000956 - 000957 | Email w/attachment | Mailing | complainant | (b)(6) | Redacted in part: complainant names |
| 157 | 5/7/2013 | 14-03043-14-03452 | 000958 - 000971 | Email w/attachments | Discrepancy in Documents Related to Empire State Realty Trust | Kluck, Thomas | (b)(6) | Redacted in part: complainant names, addresses, phone numbers |
| 158 | 5/7/2013 | 14-03043-14-03452 | 000972 - 000973 | Email w/attachment | Empire State Building Associates | complainant | (b)(6) | Redacted in part: complainant names |
| 159 | 5/7/2013 | 14-03043-14-03452 | 000974 - 000977 | Email w/attachements | Latest Mailing | complainant | (b)(6) | Redacted in part: complainant names |
| 160 | 5/6/2013 | 14-03043-14-03452 | 978 | Email | Tax Treatment | complainant | (b)(6) | Redacted in part: complainant names |

17

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 161 | 5/6/2013 | 14-03043-14-03452 | 979 | Email | Empire State Realty Trust, Inc. - Solicitation period | complainant | (b)(6) | Redacted in part: complainant names |
| 162 | 1/23/2013 | 14-03043-14-03452 | 980 | Email | Empire State Realty Trust Consent Form confusing | Kluck, Thomas | (b)(6) | Redacted in part: complainant names |
| 163 | 1/22/2013 | 14-03043-14-03452 | 000981 - 000982 | Email w/attachment | List of topics for 1/22/12 11am meeting | Kluck, Thomas | (b)(6) | Redacted in part: complainant names |
| 164 | 1/16/2013 | 14-03043-14-03452 | 000983 - 000984 | Email | Meeting Tuesday January 22 | Kluck, Thomas | (b)(6) | Redacted in part: complainant names an d employee names |
| 165 | 1/10/2013 | 14-03043-14-03452 | 000985 - 000990 | Email | Supplement: Empire State Building Associates LLC SEC filing 1/4/13 | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 166 | 1/7/2013 | 14-03043-14-03452 | 000991 - 000993 | Email | Empire State Building Associates LLC SEC filing 1/4/13 | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 167 | 12/20/2012 | 14-03043-14-03452 | 000994 - 001007 | Email | 3rd Supplement: Empire State Realty Trust, Inc "Shared Debt Obligations" | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 168 | 12/14/2012 | 14-03043-14-03452 | 001008 - 001009 | Email | Empire State Realty Trust, Inc; Failure to disclose manage of Empire State Building in SEC filings | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 169 | 12/4/2012 | 14-03043-14-03452 | 001010 - 001015 | Email | 2nd Supplement: Empire State Realty Trust, Inc "Shared Debt Obligations" | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 170 | 12/5/2012 | 14-03043-14-03452 | 001016 - 001017 | Email | Malkin Holdings Chairman: SEC is to blame for delays in sending out checks | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 171 | 12/5/2012 | 14-03043-14-03452 | 001018 - 001019 | Email | Empire State Realty Trust, Inc.: Disclosure omission of ESBC original investment | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 172 | 12/4/2012 | 14-03043-14-03452 | 1020 | Email | Distribution | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 173 | 11/19/2012 | 14-03043-14-03452 | 001021 - 001029 | Email w/attachments | 3rd Supplement: Empire State Realty Building Associates LLC: Master Lease and Sublease renewals and notiifications | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 174 | 12/3/2012 | 14-03043-14-03452 | 001030 - 001031 | Email | Empire State Realty Trust, Inc. "two tier entity" formation documents | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 175 | 10/11/2012 | 14-03043-14-03452 | 001032 - 001035 | Email | Supplement: Empire State Realty Trust, Inc. "Shared Debt Obligations" | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 176 | 9/25/2012 | 14-03043-14-03452 | 001036 - 001047 | Email w/attachments | 2nd Supplement: Empire State Building Associates LLC: Master Lease and Sublease renewals and modifications | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 177 | 9/26/2012 | 14-03043-14-03452 | 001048 - 001050 | Email | Empire State Realty Trust, Inc "Shared Debt Obligations" | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 178 | 9/21/2012 | 14-03043-14-03452 | 001051 - 001052 | Email | Empire State Building Associates LLC's 50% of sale proceeds | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 179 | 9/14/2012 | 14-03043-14-03452 | 001053 - 001057 | Email | Followup: Empire State Realty Trust, Inc.: Chairman calling investor with threat to sue for giving newspaper interviews | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 180 | 9/11/2012 | 14-03043-14-03452 | 001058 - 001060 | Email | Empire State Realty Trust, Inc.: Chairman calling investor with threat to sue for giving newspaper interviews | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 181 | 9/4/2012 | 14-03043-14-03452 | 001061 - 001070 | Email w/attachments | Supplement: Empire State Building Associates LLC: Lease and Sublease renewals | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 182 | 8/29/2012 | 14-03043-14-03452 | 001071 - 001072 | Email | Empire State Realty Trust, Inc. IPO Approved in three weeks according to Peter Malkin | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 183 | 8/27/2012 | 14-03043-14-03452 | 001073 - 001086 | Email w/attachments | 8/14/12 SEC Filing by Empire State Building Associates LLC "legally distinct from a joint venture" | Kluck, Thomas | (b)(6) | Redacted in part: complainant names and employee names |
| 184 | 4/25/2012 | 14-03257 | 1 | Email | ESBA sublease agreement | complainant | (b)(6) | Redacted in part: complainant names and employee names |
| 185 | 3/8/2012 | 14-03257 | 000002-000009 | Email string | missing or never filed sublease | SEC staff | (b)(6); (b)(5) | redacted in part: Employee names; phrase reflecting predecisional deliberations about ESRT's filing |
| 186 | 3/7/2012 | 14-03257 | 000010-000018 | Email string | missing or never filed sublease | complainant | (b)(6) | Redacted in part: complainant names |
| 187 | 3/7/2012 | 14-03257 | 000019-000035 | Email string | missing or never filed sublease | SEC staff | (b)(6); (b)(5) | Redacted in Part: complainant names; internal email reflecting predecisional deliberations about ESRT's filing and handling investor comments |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 188 | 3/11/2012 | 14-03257 | 000036-000039 | Email string | missing or never filed sublease | complainant | (b)(6) | Redacted in part: complainant names |
| 189 | 3/13/2012 | 14-03257 | 1000040-00041 | Email | sublease | complainant | (b)(6) | Redacted in part: complainant names |
| 190 | 3/8/2012 | 14-03257 | 000042-000053 | Email string | missing or never filed sublease | SEC staff | (b)(6); (b)(5) | Redacted in part: complainant names; question and answer reflecting predecisional deliberations about ESRT's filing |
| 191 | 3/7/2012 | 14-03257 | 000054-000081 | Email string | missing or never filed sublease | complainant | (b)(6) | Redacted in part: complainant names |
| 192 | 3/11/2012 | 14-03257 | 000082-000085 | Email | missing or never filed sublease | complainant | (b)(6) | Redacted in part: complainant names |
| 193 | 3/8/2012 | 14-03257 | 000086-000089 | Email | missing or never filed sublease | SEC staff | (b)(6); (b)(5) | Redacted in part: complainant names; question and answer reflecting predecisional deliberations about ESRT's filing |
| 194 | 3/7/2012 | 14-03257 | 000090-000154 | Email w/attachments | missing or never filed sublease | Richard Edelman | (b)(6) | Redacted in part: complainant names and employee names, addresses, phone numbers |
| 195 | 3/13/2012 | 14-03257 | 000155-000215 | Email w/attachments | sublease | complainant | (b)(6) | Redacted in part: complainant names |
| 196 | 11/11/2013 | 14-06366 | 000001-000002 | email string | FW: ESB Conference call playback now available | complainant | (b)(6) | Redacted in part: complainant names |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 197 | 3/26/2014 & 2/3/2014 | 14-06368 | 00003-00004 | FOIA Request Referrals | Request for documents from Edelman, Richard | SEC FOIA Office | (b)(6), (b)(5) | Redacted in part:  employee and complainant names; suggestions reflecting predecisional deliberations regarding processing of FOIA requests |
| 198 | 3/6/2014 | 14-06368 | 000006-000007 | Email | For Review:  14-03452-FOIA | SEC staff | (b)(6), (b)(5) | redacted in part:  employee names; portions of email reflecting predecisional deliberations regarding the processing of FOIA requests |
| 199 | 2/3/2014 | 14-06368 | 15 | FOIA Request Referrals | Request for documents from Edelman, Richard | SEC FOIA Office | (b)(6), (b)(5) | redacted in part:  employee name; suggestions reflecting predecisional deliberations regarding processing of FOIA requests |
| 200 | | 14-06368 | 000016-000020 | Email | 14-03043-FOIA | Richard Edelman | (b)(6) | redacted in part: employee name and email address |
| 201 | 2/3/2014 | 14-06368 | 000021-000022 | FOIA Request Referral | Request for documents from Edelman, Richard | SEC FOIA Office | (b)(6), (b)(5), | Redacted in part:  employee names; suggestions reflecting predecisional deliberations regarding processing of FOIA requests |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 202 | 2/4/2014 | 14-06368 | 000023-000025 | Email string and attachment | 14-03043-FOIA Office of Infomration Technology - Referral Memo | Churchman, Tina | (b)(6) | Redacted in part:  employee names |
| 203 | 2/27/2014 | 14-06368 | 000026-000027 | Email string | Empire State FOIAs 14-03257 and 14-03043 | Churchman, Tina | (b)(6), (b)(5) | Redacted in part:  employee names; predecisional discussions about possible approaches to processing the FOIA request |
| 204 | 2/26/2014 | 14-06368 | 28 | Email | Empire State FOIAs 14-03257 and 14-03043 | CF staff | (b)(6) | Redacted in part:  employee names |
| 205 | 2/3/2014 | 14-06368 | 29 | Email string | 14-03043 (Empire State Realty Trust) | David Henshall | (b)(6) | Redacted in part:  Employee names |
| 206 | 2/3/2014 | 14-06368 | 32 | FOIA Request Referral | Request for documents from Edelman, Richard | SEC FOIA Office | (b)(6), (b)(5) | Redacted in part:  employee names; suggestions reflecting predecisional deliberations regarding processing of FOIA requests |
| 207 | 2/24/2014 | 14-06368 | 33 | Memorandum | Richard Edelman's request for information relating to Empire State Realty Trust, Inc. | FOIA Liaison | (b)(6), (b)(5) | Redacted in part:  employee names; portion of memorandum with predecisional recommendation about FOIA response |

Vaughn Index

| Doc. No. | Date(s) | FOIA Request No. | Bates number | Type of Document | Subject | Author | FOIA Exemption | Redaction Description |
|---|---|---|---|---|---|---|---|---|
| 208 | 3/5/2014 | 14-06368 | 000034-000035 | FOIA Request Referral | Request for documents from Edelman, Richard | SEC FOIA Office | (b)(6), (b)(5) | Redacted in part:  employee names; suggestions reflecting predecisional deliberations regarding processing of FOIA requests |