UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

RICHARD EDELMAN,                          )
                                          )
                                          )
              Plaintiff,                   )
                                          )
       v.                                 )     Case: 1:14-cv-1140 (RDM)
                                          )     Assigned: Moss, Randolph D.
SECURITIES AND EXCHANGE                   )     Description: FOIA
COMMISSION,                               )
                                          )
              Defendant.                   )
                                          )

## SECOND DECLARATION OF PATTI DENNIS

I, Patti Dennis, declare as follows:

1.     I am the Chief of the Office of Disclosure Support for the Division of Corporation Finance ("CF") of the United States Securities and Exchange Commission ("SEC"). In this position, which I have held since September, 2007, one of my duties is processing FOIA requests directed to CF. That duty includes working with the SEC's Office of Freedom of Information Act Services ("FOIA Office") when the FOIA Office has FOIA requests that involve CF.

2.     In making this declaration, I have relied on my personal knowledge, on information I have obtained from others in connection with searching for documents responsive to FOIA requests, and on information in files that CF routinely maintains in the ordinary course of its business to assure the accuracy of this declaration to the best of my information and belief.

### FOIA Requests 14-03043 and 14-03452

3.     In a letter dated January 6, 2014, Richard Edelman submitted a request that was designated No. 14-03043 for the following information pertaining to Empire State Realty Trust ("ESRT" or "registrant"):

    a.     all comment letters from SEC staff not currently displayed on the SEC public website;

    b.     all submissions from the registrant in response to SEC comment letters;

    c.     all submissions from the registrant submitted under SEC Rule 83;

    d.     all emails to and from the registrant and SEC attorneys David Orlic, Tom Kluck and Angela McHale; and

    e.     all notes from meetings pertaining to the registrant and which SEC attorneys David Orlic, Tom Kluck or Angela McHale attended.

4.     On January 15, 2014, Mr. Edelman submitted the following FOIA request designated as No. 14-03452:

    a.     Dozens of investors in Empire State Building Associates LLC lodged complaints during the SEC review process for Empire State Realty Trust, Inc. These investors were interviewed by SEC lawyers by phone. The SEC lawyers who conducted the interviews were David Orlic, Tom Kluck and Angela McHale. I request all notes, reports, emails or any other accounts from these interviews with investors;

    b.     I request all emails to and from the above named SEC lawyers where those complaints and interviews are discussed. I understand and expect the names of investors to be redacted to protect confidentiality.

5.     The FOIA Office asked me to search for any documents that could be responsive to these FOIA requests. I conducted the search for responsive documents for both of these

requests. I also contacted CF attorneys David Orlic, Tom Kluck, and Angela McHale and asked them to search their paper and electronic files for any documents responsive to these requests. These three attorneys searched their paper files and computer drives for any responsive documents to these requests.

6.     As a result of this process, I determined that certain notes made by Orlic, Kluck and McHale were not agency records. For the three attorneys combined, there were 113 pages of notes that I concluded were not agency records.

7.     I determined that the notes were not agency records because:

a.  Orlic, Kluck and McHale each made and kept notes during their review of the ESRT transaction only to keep track of what he or she had done and what he or she needed to do.

b.  No one instructed Orlic, Kluck or McHale to keep the notes, or provided any guidance on what notes to take or how to use them.

c.  Orlic, Kluck and McHale were not required to make or keep the notes.

d.  Orlic, Kluck and McHale each kept their notes in their individual SEC offices and did not share them with each other or any other SEC employee.

e.  Orlic, Kluck and McHale did not place or incorporate any of these notes into the SEC's file on the ESRT transaction.

**FOIA Request 14-03257**

8.     On January 8, 2014, Mr. Edelman submitted a FOIA request, designated No. 14-03257, for the following information pertaining to the Sublease between the Empire State Building Associates ("ESBA") and Empire State Building Company ("ESBC"):

3

a.  all information or communications between SEC employees and Empire State Building Associates LLC or Empire State Realty Trust, Inc. and their representatives from 1/12/12 to 4/11/12 in which the Sublease for the Empire State Building ("ESB") is mentioned, including any and all emails from or to Mary Kosterlitz, Office of Enforcement Liaison, Tom Kluck, Division of Corporate Finance, or any other SEC employee in which the ESB Sublease is mentioned;

b.  any notes from SEC meetings where the Sublease to the Empire State Building is mentioned;

c.  any notes from phone conversations or correspondence of any nature between the SEC and Empire State Building Associates LLC, Empire State Realty Trust LLC, or their representatives where the Sublease for the Empire State Building is mentioned;

d.  any and all exhibits filed by Empire State Building Associates LLC or Empire State Realty Trust LLC that reference the Sublease of the Empire State Building;

e.  all submissions from Empire State Building Associates LLC or Empire State Realty Trust, Inc. submitted under Rule 83 that mention the words Sublease or Lease to the Empire State Building.

9.  The FOIA Office asked me to search for any documents responsive to this Request. The main avenue of communication between entities listed in the request and the SEC staff during the ESRT review process was through comment and response letters. I reviewed EDGAR and determined that all comment and response letters related to the sublease had been

4

publicly disseminated. In addition, I coordinated a search for emails responsive to item "a" of this request. I concluded that there were no additional SEC sources of "information or communications" to search that would result in documents responsive to item "a."

I declare under penalty of perjury that the forgoing is true and correct.

Executed on March 17, 2015.

Patti Dennis
Chief of the Office of Disclosure Support
Division of Corporate Finance
Securities and Exchange Commission

5