UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD EDELMAN, | ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | Case: 1:14-cv-1140 (RDM) Assigned: Moss, Randolph D. |
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | Description: FOIA |
| Defendant. | ) ) ) | |

**DEFENDANT'S SURREPLY IN OPPOSITION TO PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

Defendant, the Securities and Exchange Commission ("Commission" or "SEC"), files this surreply in response to a new argument made by Plaintiff in his Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment of September 6, 2016 ("Reply Brief"). Dkt. 32. In his Reply Brief, Plaintiff argues that the SEC failed "to establish that it conducted a foreseeable harm analysis . . . as warranted by the FOIA Improvement Act of 2016" with respect to the documents it withheld pursuant to Exemption 5. Reply Brief at 4. Plaintiff claims that the FOIA Improvement Act of 2016 ("Improvement Act"), Pub. L. 114-185, requires the SEC "to conduct a foreseeable harm analysis and consider a discretionary disclosure of this information." *Id*. This is wrong. The Improvement Act, which was enacted on June 30, 2016, specifically provides that all requirements, including the foreseeable harm analysis, "shall take effect on the date of enactment of this Act and shall apply to any request for records … made after the date of enactment of this Act." Pub. L. 114-185 at Section 6. Here, Plaintiff filed his FOIA

Request No. 14-03452 concerning consumer complaints on January 15, 2014, 30 months prior to the enactment of the Improvement Act. Dkt. 15-3, Exhibit 2. As a result, the foreseeable harm analysis requirement under the Improvement Act does not apply to the SEC's Exemption 5 withholdings in this matter.

                                        Respectfully submitted,

                                        /s/  Philip J. Holmes
                                        Philip J. Holmes
                                        D.C. Bar No. 416757
                                        Melinda Hardy
                                        D.C. Bar No. 431906
                                        Securities and Exchange Commission
                                        100 F Street, N.E.
                                        Washington, D.C.  20549-9612
                                        Holmesp@sec.gov
                                        Hardym@sec.gov
                                        202-551-5173 (telephone) (Holmes)
                                        202-772-9263 (facsimile)

Dated: September 14, 2016        *Attorneys for Defendant*